```
1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RACHANA DUONG,
11              Petitioner,                    No. 2:11-cv-3117 KJN P
12      vs.
13  G. SWARTHOUT,
14              Respondent.                    ORDER
15  _____/
```

16          Petitioner, a state prisoner proceeding without counsel, has filed an application for

17  a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

18          The application attacks a conviction issued by the Santa Clara County Superior

19  Court. While both this Court and the United States District Court in the district where petitioner

20  was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973),

21  any and all witnesses and evidence necessary for the resolution of petitioner's application are

22  more readily available in Santa Clara County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

23          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

24          1. Petitioner has not filed an application to proceed in forma pauperis or paid the

25  court's filing fee; and

26  ////

1        2. This matter is transferred to the United States District Court for the Northern
2 District of California.

3 DATED: December 23, 2011

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

duon3117.108