IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHANA DUONG,

    Petitioner,               No. 2:11-cv-3117 KJN P

    vs.

G. SWARTHOUT,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The application attacks a conviction issued by the Santa Clara County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. Petitioner has not filed an application to proceed in forma pauperis or paid the court's filing fee; and

////

1

1       2. This matter is transferred to the United States District Court for the Northern
2  District of California.
3  DATED: December 23, 2011
4
5                                                              _____
6                                                              KENDALL J. NEWMAN
                                                               UNITED STATES MAGISTRATE JUDGE
7  duon3117.108